UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT F. REILY JR., by and through ROBERT F. REILLY III as power of attorney,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 19-CV-2366 JLS (BLM)<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS**<br><br>(ECF No. 5) |

Presently before the Court is Defendant the United States of America's Motion to Dismiss (ECF No. 5). After Defendant filed the Motion, Plaintiff filed his First Amended Complaint (ECF No. 9). In light of Plaintiff's First Amended Complaint, the Court **DENIES AS MOOT** Defendants' Motion to Dismiss the original complaint.

**IT IS SO ORDERED.**

Dated: February 14, 2020

Hon. Janis L. Sammartino
United States District Judge